# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00362 |
| Richard Eric Staples | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 12/21/2023 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Richard Eric Staples__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or disruptive conduct in a restricted building or grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 12/21/2023

*Issuing officer's signature* — Zia M. Faruqui

City and state: Washington, D.C.

ZIA M. FARUQUI, UNITED STATES MAGISTRATE
*Printed name and title*

---

### Return

This warrant was received on *(date)* __3-7-2024__, and the person was arrested on *(date)* __3-7-2024__
at *(city and state)* __Anchorage, Alaska__.

Date: __3-7-2024__

*Arresting officer's signature*

Brittney N. Ditto Special Agent
*Printed name and title*