# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| v. | Cr. No. 23-mj-362 |
| | : |
| **ERIC STAPLES** | |
| | : |

## NOTICE OF APPEARANCE

The clerk of the court will please note the appearance of undersigned counsel on behalf of the defendant, with an effective date of March 21, 2024.

Respectfully submitted,

/s/Cheryl D. Stein
Cheryl D. Stein #256693
1824 N. Capitol Street, N.W. #1
Washington, D.C. 20002
(202) 388-4682 (tel.)
(202) 393-4683 (fax)
cdstein3@verizon.net